IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR RAUL BONILLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the | : | |
| Social Security Administration | : | NO. 13-3204 |

ORDER

AND NOW, this 17th day of October, 2014, upon consideration of plaintiff Hector Raul Bonilla's brief and statement of issues in support of request for review (docket entry #9), defendant Carolyn W. Colvin's response thereto (docket entry #12), plaintiff's reply thereto (docket entry #14), and the Honorable David R. Strawbridge's thorough and well-reasoned Report and Recommendation (docket entry #17), to which neither party has filed an objection within the time period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Strawbridge that the matter should be remanded for a comprehensive analysis of the record allowing the Administrative Law Judge to adequately consider the record as to Dr. Noller's treating physician opinion and the credibility of Bonilla's testimony while providing a determination of residual functional capacity independent of the residual functional capacity determination applied to Bonilla's prior adjudicated period of Social Security Disability Benefits, it is hereby ORDERED that:

       1.    Judge Strawbridge's Report and Recommendation (docket entry #17) is APPROVED and ADOPTED;

       2.    Plaintiff's request for review (docket entry #9) is GRANTED IN PART;

    3.  This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Strawbridge's Report and Recommendation;

    3.  The decision of the Commissioner is REVERSED for the purposes of remand only; and

    4.  The Clerk of Court shall CLOSE this case statistically.

              BY THE COURT:

              <u>/s/ Stewart Dalzell, J.</u>